FILED

SEP 15 2022

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) INDICTMENT |
| Plaintiff, | ) |
| v. | ) CASE NO.: 1:22 CR 543 |
| DERRICK T. SHEPHERD, | ) Title 21, United States Code, |
| | ) Sections 841(a)(1) and (b)(1)(B) |
| Defendant. | ) JUDGE CALABRESE |

COUNT 1
(Distribution of Methamphetamine, 21 U.S.C. § 841(a)(1) and (b)(1)(B))

The Grand Jury charges:

1. On or about December 3, 2021, in the Northern District of Ohio, Eastern Division, Defendant DERRICK T. SHEPHERD did knowingly and intentionally distribute 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

FORFEITURE

The Grand Jury further charges:

The allegations contained in Count 1 of this Indictment are hereby re-alleged and incorporated by reference as if fully set forth herein for the purpose of alleging forfeiture pursuant to the provisions of Title 21, United States Code, Section 853. As a result of the offense, Defendant DERRICK T. SHEPHERD shall forfeit to the United States any and all property constituting, or derived from, any proceeds he obtained, directly or indirectly, as the result of such offense; and, any and all of his property used - or intended to be used - in any

manner or part, to commit or to facilitate the commission of such offense.

                                                                        A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.